IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | CASE NO.  1:10-CR-413 |
| v. | ) | |
| | ) | |
| FAROOQUE AHMED, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER is before the Court on Defendant Farooque Ahmed's Unopposed Motion to Continue Dates for Trial and for Filing and Argument of Motions.  (Dkt. No. 19.)  On January 31, 2011, the Court held a conference call with the respective counsel for the United States and Defendant.  Upon consideration of Defendant's unopposed Motion, it is hereby

ORDERED that Defendant's Motion is GRANTED as to his request for a continuance and DENIED as to his selection of certain dates, as specified below.  It is further

ORDERED that a 6-day trial in this matter will commence on July 11, 2011 at 10:00 a.m.  It is further

ORDERED that any motions must be filed by May 18, 2011, that responses to any motions must be filed by June 6, 2011, and that a hearing on the motions, if any, will be held on June 16, 2011 at 11:30 a.m.  It is further

ORDERED that counsel notify the Court immediately if there will be a need for a Classified Information Procedures Act ("CIPA") or evidentiary hearing.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this __10__ day of February, 2011.

Alexandria, Virginia
2/10/2011

_____/s/_____
Gerald Bruce Lee
United States District Judge