IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 1:10CR413 |
| | ) |
| FAROOQUE AHMED, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS COUNT THREE

Defendant FAROOQUE AHMED was indicted by a grand jury in this district in a three-count Indictment.  On April 11, 2011, the defendant pled guilty to Counts 1 and 2 of the Indictment.  Pursuant to the plea agreement in this case, the Government moves to dismiss Count 3 of the Indictment without prejudice.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:  _____/s/_____
Gordon D. Kromberg
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2011, I electronically filed the foregoing MOTION TO DISMISS COUNT THREE with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Todd Richman
Kenneth Troccoli
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314

_____/s/_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov