IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:10CR413 |
| | ) | Hon. Gerald Bruce Lee |
| FAROOQUE AHMED, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF FILING

Defendant, Farooque Ahmed, through counsel, respectfully files the attached

Statement Regarding the Offense.

Respectfully submitted,

FAROOQUE AHMED
By Counsel


_____/s/_____

Kenneth P. Troccoli (Va. Bar # 27177)
Todd Richman (Va. Bar # 41834)
Assistant Federal Public Defenders
Attorneys for Farooque Ahmed
1650 King Street, Suite 500
Alexandria, Virginia  22314
(703) 600-0845 (telephone)
(703) 600-0880 (facsimile)
Kenneth_Troccoli@fd.org
Todd_Richman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2011, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Gordon Kromberg, Esq.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

_____/s/_____
Kenneth P. Troccoli (Va. Bar # 27177)
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia   22314
(703) 600-0845 (telephone)
(703) 600-0880 (facsimile)
Kenneth_Troccoli@fd.org