## DEFENDANT'S STATEMENT REGARDING THE OFFENSE

I, Farooque Ahmed, accept full responsibility for my actions as set forth in the Statement of Facts in this case. Specifically, between about April 2010 and October 2010, I attempted to provide material support to individuals I believed to be affiliated with Al Qaeda, and helped to gather surveillance, including video, to assist in the planning of an attack on the Washington Metro transit system.

I know that what I did was wrong, and that a significant punishment must and will be imposed for what I did. But no punishment could be greater than the disappointment I already feel for engaging in this conduct, and for letting myself and my family down. I know that my conduct could have endangered many people, and I am happy that nobody was actually injured. I am truly sorry for my conduct, and I especially regret that I have let down my family (particularly my wife and young son), my faith, and my country.

4-8-11
Date

Farooque Ahmed