IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:10 cr 413 |
| | ) | |
| FAROOQUE AHMED, | ) | |
| | ) | |
| Defendant | ) | |

CONSENT MOTION TO ENTER FORFEITURE ORDER

With the consent of the defendant, the United States moves the Court to issue the

attached Order of Forfeiture.

Respectfully submitted,

Neil H. MacBride
United States Attorney


            /s/
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011, I electronically filed the foregoing CONSENT MOTION FOR ENTRY OF FORFEITURE ORDER and ORDER OF FORFEITURE with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Todd Richman
Kenneth Troccoli
Office of the Federal Public Defender
1650 King Street
Suite 500
Alexandria, VA 22314


_____/s/_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov