IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:10CR413 |
| | ) | |
| FAROOQUE AHMED, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

WHEREAS, defendant FAROOQUE AHMED was indicted by a grand jury in this district in a three-count Indictment;

WHEREAS, on April 11, 2011, the defendant pled guilty to Counts 1 and 2 of the Indictment;

AND WHEREAS, pursuant to the plea agreement in this case, the Government moved to dismiss Count 3 of the Indictment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Count 3 of the Indictment is dismissed without prejudice.

Dated this 14th day of April 2011.

_____/s/_____
Gerald Bruce Lee
United States District Judge