

UNION HEALTH

TI. 2
35.8

### Chief Complaint
allergy results- allergy symptoms worse at night

### Subjective
rough summer for allergies; shots help partially; gets more throat trouble when he eats late in the evening; notices evening peanuts do cause a problem; had food allergy testing since last visit here

### Review of Systems
Eyes: Glasses
Ear/Nose/Mouth/Throat: Nasal drainage
Cardiovascular: No dizziness
Gastrointestinal: No nausea
Genitourinary: No burning
Hematologic/Lymphatic: No swollen lymph glands
Allergic/Immunologic: No transplant
Endocrine: No heat intolerance
Musculoskeletal: No muscle pain
Skin: No itching
Neurological: No headache
Psychiatric: No substance abuse

### Physical Exam/Objective

Vitals & Measurements last 24 hours
**VITAL SIGNS**
BP #1:      118 / 78 mmHg

Height CM: 180.3 cm
Weight KG: 180 kg
BSAM2 Weight in kg: 3 m2
BMI Weight in kg: 55.4 kg/m2
Ideal Body Weight: 75.26 kg
OP and OC and nose all normal on exam today

### Assessment/Plan
**1. Allergic rhinitis**   J30.9
add Flonase; AIT shots helping despite rough summer for allergies; RV 2-3m
Ordered:   CHARGE 99214 OV Est Extend 30-39 min

**2. Food allergy**   Z91.018
rec. total avoidance of peanut and shrimp and sesame; epi-pen not recommended
Ordered:   CHARGE 99214 OV Est Extend 30-39 min

**3. Laryngopharyngeal reflux (LPR)**   K21.9
will try again to increase omeprazole to bid; rec. avoid late snacks; see GI again if antireflux surgery is desired; discussed Med. diet
Ordered:   CHARGE 99214 OV Est Extend 30-39 min

### Chronic Problem List
Allergic rhinitis
Allergic rhinitis due to American house dust mite
Allergic rhinitis due to mold
Allergic rhinitis due to pollen
Dysfunction of left eustachian tube
Food allergy
Gastric reflux
Hypertrophy of nasal turbinates
Laryngopharyngeal reflux (LPR)
Left anterior cruciate ligament tear
Posterior rhinorrhea
Tear of medial meniscus of left knee
Temporomandibular joint disorder

### Medications
Home Medications (11) Active
Albuterol (Eqv-ProAir HFA) 90 mcg/inh inhalation aerosol 2 Puff, PRN, Inhalation, TID
betamethasone dipropionate, augmented 0.05% topical cream 1 App, Topical, BID
busPIRone 15 mg oral tablet 15 mg = 1 Tablet, Orally, BID
Flonase 50 mcg/inh nasal spray 2 Spray, intraNASAL, QAM
ibuprofen 800 mg oral tablet 800 mg = 1 Tablet, PRN, Orally, TID
lidocaine 5% topical film 1 Patch, Topical, Daily
metoPROLOL tartrate 25 mg oral tablet 25 mg = 1 Tablet, Orally, BID
Misc Med , Allergy Shot 0.25mL once weekly
omeprazole 20 mg oral delayed release capsule 20 mg = 1 Capsule, Orally, Daily
Prilosec 20 mg oral delayed release capsule 20 mg = 1 Capsule, Orally, BID
traZODONE 50 mg oral tablet 50 mg = 1 Tablet, Orally, 1 tablet at bedtime

### Allergies
No Known Medication Allergies

### Family History
No positive family history reported

### Diagnostic Results

Patient Name: Ahmed, Farooque    # 77315-083
DOB: 01/10/76
Date of Service: August 08, 2022 13:25 EDT
OP-Otolaryngol MD Progress Notes

Page 1 of 2



## FCI Terre-Haute THA

| | | | |
|---|---|---|---|
| Patient: | **AHMED, FAROOQUE (Male)** | DOB: | 01/10/76 |
| Register#: | **77315-083** | Age: | 47 |
| Date: | 02/02/23 09:41 | Status: | OP |

Slicecount:    3
History:    LUMBAR SPINE FOR MID BACK AND LOW BACK PAIN AFTER "POPPING" SENSATION TO BACK WHEN COUGHING.
Priors:
Exams:    FILM L SPINE
Referring Phy:
Ordering Phy:
Ordering Phy #:
Accession Numbers: 1.2.840.113619.2.308.4.8323328.1675265181.953473

---

**Final Report**

**Exam: FILM L SPINE**

**HISTORY: See above**

**TECHNIQUE: 3 views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS:** 6 lumbar vertebral body types. There is no scoliosis. The bone mineralization is normal. No acute compression fracture. Vertebral bodies demonstrate normal height. Pars defects at S1 with grade 1 anterolisthesis of S1 on S2. Severe loss of disc space at S1-S2. Minimal to mild facet arthrosis in the lower lumbar spine.

**IMPRESSION:**
No radiographic evidence for acute compression fracture. 6 lumbar vertebral body types.

**Pars defects at S1 with grade 1 anterolisthesis of S1 on S2.**

**Severe loss of disc space at S1-S2. Minimal to mild facet arthrosis in the lower lumbar spine.**

Radiologist:                Maurice Yu, MD

Study ready at 09:42 and initial results transmitted at 14:29

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AHMED, FAROOQUE | | | Reg #: | 77315-083 |
| Date of Birth: | 01/10/1976 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/04/2022 13:42 | Provider: | Lab Result Receive | Facility: | THA |

**Cosigned with New Encounter Note by Trueblood, Elizabeth MD on 03/07/2022 08:24.**