AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

FILED

JUN 29 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

FAROOQUE AHMED,
Defendant.

Case Number:   1:10CR00413-001

USM Number:   Not provided

Defendant's Attorney:
  Kenneth Troccoli, Esquire and
  Todd Richman, Esquire

# AMENDED JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1 and Count 2 of the Indictment.

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. 2339B | Attempting to provide material support to a designated foreign terrorist organization | Felony | October 25, 2010 | 1 |
| 18 U.S.C. 1992(a)(8) | Collecting information to assist in planning a terrorist attack on a transit facility | Felony | October 25, 2010 | 2 |

On motion of the United States, the Court has dismissed Count 3 of the Indictment.

As pronounced on April 11, 2011, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to 8 U.S.C. 3553 and the Sentencing Reform Act of 1984. Defendant's prison sentence has been revised in this Amended Judgment. The total number of years of imprisonment remains the same.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 29th day of June 2011.

/s/
Gerald Bruce Lee
United States District Judge

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
   Sheet 2 - Imprisonment

Defendant's Name:    FAROOQUE AHMED
Case Number:         1:10CR00413-001

# IMPRISONMENT

The defendant is hereby committed into the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ONE HUNDRED AND THIRTY-FIVE (135) MONTHS as to Count 1 and ONE HUNDRED AND FORTY-ONE (141) MONTHS as to Count 2, these terms to run consecutively with one another for a total custody sentence of TWO HUNDRED AND SEVENTY-SIX (276) MONTHS.

The Court makes the following recommendations to the Bureau of Prisons:
   That defendant be designated at a lower classification than the administrative maximum.
   That defendant be designated to serve his sentence at a facility in the Northeast United States.

The defendant is remanded into the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By        _____
          DEPUTY UNITED STATES MARSHAL

```
  NERBQ             *       PUBLIC INFORMATION      *      07-01-2022
  PAGE 002          *          INMATE DATA          *      16:45:53
                            AS OF 07-01-2022


REGNO..: 77315-083 NAME: AHMED, FAROOQUE


                    RESP OF: THA
                    PHONE..: 812-238-1531   FAX: 812-238-3301
FSA ELIGIBILITY STATUS IS: INELIGIBLE


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.


HOME DETENTION ELIGIBILITY DATE....: 12-29-2029


THE INMATE IS PROJECTED FOR RELEASE: 06-29-2030 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------


COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 1:10CR00413-001
JUDGE...........................: LEE
DATE SENTENCED/PROBATION IMPOSED: 04-11-2011
DATE COMMITTED..................: 06-29-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                  FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:   $200.00        $00.00          $00.00        $00.00


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00


-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  890     18:2331-2339 TERRORISM
OFF/CHG: 18:2339B ATTEMPTING TO PROVIDE MATERIAL SUPPORT TO A
         DESIGNATED FOREIGN TERRORIST ORGANIZATION CT.1
         18:1922(A)(8) COLLECTING INFORMATION TO ASSIST IN PLANNING A
         TERRORIST ATTACK ON A TRANSIT FACILITY CT.2


 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   276 MONTHS
 TERM OF SUPERVISION............:    50 YEARS
 DATE OF OFFENSE................: 10-25-2010


G0002       MORE PAGES TO FOLLOW . . .
```

```
  NERBQ            *       PUBLIC INFORMATION          *       07-01-2022
PAGE 003 OF 003 *          INMATE DATA                 *       16:45:53
                         AS OF 07-01-2022


REGNO..: 77315-083 NAME: AHMED, FAROOQUE


                    RESP OF: THA
                    PHONE..: 812-238-1531   FAX: 812-238-3301
------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 03-11-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-24-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-11-2011
TOTAL TERM IN EFFECT............:  276 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   23 YEARS
EARLIEST DATE OF OFFENSE........: 10-25-2010

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   10-27-2010   04-10-2011


TOTAL PRIOR CREDIT TIME.........: 166
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1215
TOTAL GCT EARNED................: 594
STATUTORY RELEASE DATE PROJECTED: 06-29-2030
ELDERLY OFFENDER TWO THIRDS DATE: 02-26-2026
EXPIRATION FULL TERM DATE.......: 10-26-2033
TIME SERVED.....................:   11 YEARS     8 MONTHS     5 DAYS
PERCENTAGE OF FULL TERM SERVED..: 50.7
PERCENT OF STATUTORY TERM SERVED: 59.3

PROJECTED SATISFACTION DATE.....: 06-29-2030
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```