

**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: AHMED, FAROOQUE  77315-083

SEQUENCE: 01678068
Team Date: 10-26-2022

| Facility: | THA TERRE HAUTE FCI | Proj. Rel. Date: | 06-29-2030 |
|---|---|---|---|
| Name: | AHMED, FAROOQUE | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 77315-083 | DNA Status: | THA03750 / 07-05-2011 |
| Age: | 46 | | |
| Date of Birth: | 01-10-1976 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| THA | CMU ED ACE | EDUCATION ACE | 08-08-2022 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| THA | ESL HAS | ENGLISH PROFICIENT | 09-01-2011 |
| THA | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-01-2011 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THA CMU | C | ACE FIRST INDUSTRIAL REVOLUTIO | 08-01-2022 | 08-31-2022 |
| THA CMU | C | ACE BIOLOGY:SCIENCE OF LIFE II | 07-19-2022 | 08-30-2022 |
| THA CMU | C | ACE CIVIL WAR IN ROME | 07-05-2022 | 07-29-2022 |
| THA CMU | C | ACE BIOLOGY:SCIENCE OF LIFE I | 05-24-2022 | 07-05-2022 |
| THA CMU | C | ACE CYRUS THE GREAT CLASS | 06-01-2022 | 06-30-2022 |
| THA CMU | C | ACE THE GLORY THAT WAS GREECE | 05-02-2022 | 05-31-2022 |
| THA CMU | C | ACE PHYSICS IN YOUR LIFE 3 | 03-21-2022 | 05-03-2022 |
| THA CMU | C | ACE FRENCH REVOLUTION CLASS | 12-01-2021 | 12-31-2021 |
| THA CMU | C | ACE PHYSICS IN YOUR LIFE 1 | 09-29-2021 | 10-05-2021 |
| THA CMU | C | ACE MICHELANGELO BIOGRAPHY | 08-02-2021 | 08-31-2021 |
| THA CMU | C | ACE ALGEBRA 3 CLASS: CMU | 07-26-2021 | 09-01-2021 |
| THA CMU | C | ACE JULIUS CAESAR CLASS | 07-01-2021 | 07-30-2021 |
| THA CMU | C | ACE ALGEBRA 2 CLASS: CMU | 06-08-2021 | 07-06-2021 |
| THA CMU | C | ACE ALGEBRA 1 CLASS: CMU | 03-29-2021 | 06-01-2021 |
| THA CMU | C | ACE ALEXANDER THE GREAT CLASS | 04-05-2021 | 04-30-2021 |
| THA CMU | C | ACE POET JOY HARJO CLASS | 03-29-2021 | 04-02-2021 |
| THA CMU | C | ACE BILLIE EILISH CLASS | 03-22-2021 | 03-26-2021 |
| THA CMU | C | ACE LINCOLN CLASS | 03-15-2021 | 03-19-2021 |
| THA CMU | C | ACE THE GREAT DEPRESSION CLASS | 03-08-2021 | 03-12-2021 |
| THA CMU | C | ACE THE BOOMING 1920S CLASS | 02-22-2021 | 02-26-2021 |
| THA CMU | C | ACE REVOLUTION IN AGRICULTURE | 02-15-2021 | 02-19-2021 |
| THA CMU | C | ACE WOMEN IN SCIENCE CLASS | 01-25-2021 | 02-05-2021 |
| THA CMU | C | ACE TREATY OF PARIS CLASS | 02-01-2021 | 02-05-2021 |
| THA CMU | C | ACE WHY IS PLASTIC HARMFUL | 01-04-2021 | 01-08-2021 |
| THA CMU | C | FPC ACE 3 PT DRAWING CLASS | 12-22-2020 | 12-31-2020 |
| THA CMU | C | ACE CASEY AT THE BAT CLASS | 12-14-2020 | 12-15-2020 |
| THA CMU | C | ACE IMMUNE TROOPS CLASS | 11-30-2020 | 12-04-2020 |
| THA CMU | C | ACE CLASH OF CULTURES CLASS | 11-23-2020 | 11-27-2020 |
| THA CMU | C | ACE SONG OF WANDERING AENGUS | 11-16-2020 | 11-20-2020 |
| THA CMU | C | ACE BILL OF RIGHTS CLASS | 11-02-2020 | 11-05-2020 |
| THA CMU | C | ACE GLACIERS CLASS | 10-19-2020 | 10-23-2020 |
| THA CMU | C | ACE AN ATOM APART CLASS | 09-30-2020 | 10-02-2020 |
| THA CMU | C | ACE AMERICAN WEST HISTORY PT1 | 09-23-2019 | 12-09-2019 |
| THA CMU | C | DIABETES AWARENESS | 12-07-2019 | 12-07-2019 |
| THA CMU | C | ACE BIOLOGY PART 6 | 05-08-2019 | 09-03-2019 |
| THA CMU | C | ACE LOST WORLDS OF S AM PT 2 | 05-08-2019 | 09-03-2019 |
| THA CMU | C | ACE LOST WORLDS OF S AM PT 1 | 05-08-2019 | 09-03-2019 |

---

**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: AHMED, FAROOQUE  77315-083

SEQUENCE: 01678068
Team Date: 10-26-2022

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THA CMU | C | ACE WORLD HISTORY PART 2 | 05-08-2019 | 09-03-2019 |
| THA CMU | C | COLORED PENCIL CLASS | 01-04-2019 | 03-20-2019 |
| THA CMU | C | RPP2 EMPLOYMENT RESUME | 09-19-2019 | 09-19-2019 |
| THA CMU | C | RPP6 GROWTH & DEVELOPMENT | 09-19-2019 | 09-19-2019 |
| THA CMU | C | RPP5 RELEASE REQUIREMENTS | 09-19-2019 | 09-19-2019 |
| THA CMU | C | RPP4 COMMUNITY RESOURECES- | 09-19-2019 | 09-19-2019 |
| THA CMU | C | RPP4 COMMUNITY RESOURCES-RRC | 09-19-2019 | 09-19-2019 |
| THA CMU | C | RPP(1) HEALTH AND NUTRITION | 09-19-2019 | 09-19-2019 |
| THA CMU | C | RPP3 PERSONAL | 09-19-2019 | 09-19-2019 |
| THA CMU | C | RPP(1) HEALTH AND NUTRITION | 09-19-2019 | 09-19-2019 |
| THA CMU | C | CMU AT RISK CLASS | 04-19-2019 | 09-12-2019 |
| THA CMU | C | CMU AEROBICS CLASS | 07-18-2019 | 09-12-2019 |
| THA CMU | C | CMU ABS CLASS | 07-06-2019 | 09-12-2019 |
| THA CMU | C | BEGINNING CROCHET | 01-20-2019 | 03-23-2019 |
| THA CMU | C | ACE ORIGINS OF ANCIENT CIVS | 04-02-2018 | 12-26-2018 |
| THA CMU | C | ACE WORLD HISTORY PART 1 | 04-02-2018 | 12-26-2018 |
| THA CMU | C | COLORED PENCIL CLASS | 04-20-2018 | 06-27-2018 |
| THA CMU | C | CMU HEALTH FAIR | 05-23-2018 | 05-23-2018 |
| LOR | C | PARENTING/MONDAY/930- | 08-08-2017 | 10-24-2017 |
| LOR | C | RPP#5 RELEASE REQUIREMNTS | 04-06-2017 | 04-06-2017 |
| ASH | C | BASIC INVESTING | 12-02-2016 | 02-16-2017 |
| ASH | C | ACCOUNTING | 09-08-2016 | 11-18-2016 |
| ASH | C | CNC ROUTER OPERATION & PROGM | 09-09-2016 | 11-18-2016 |
| ASH | C | A&O WELLNESS AT RISK | 08-01-2016 | 08-05-2016 |
| THA | C | ACE HEALTHY LIVING | 01-09-2016 | 08-04-2016 |
| THA | C | ACE SPANISH I | 01-29-2016 | 08-04-2016 |
| THA | C | ACE BASIC COMP/MS WORD THURS 6 | 01-26-2016 | 04-21-2016 |
| THA | C | ACE KEYBOARDING MONDAY 7-8 PM | 01-26-2016 | 04-25-2016 |
| THA | C | ACE MS EXCEL MONDAY 6-7 PM | 01-26-2016 | 04-25-2016 |
| THA | C | CMU ACE SPANISH I | 07-06-2015 | 01-28-2016 |
| THA CMU | C | CARDIO TECHNIQUES | 08-01-2015 | 09-03-2015 |
| THA CMU | C | CMU ACE LOST WORLDS S AMERICA2 | 01-01-2015 | 05-26-2015 |
| THA CMU | C | CMU ACE MONEY SMART MODS 1-10 | 12-22-2014 | 04-13-2015 |
| THA CMU | C | CMU ACE LOST WORLDS S AMERICA | 12-09-2014 | 03-05-2015 |
| THA CMU | C | BOOK CLUB IN CMU | 11-08-2014 | 12-12-2014 |
| THA CMU | C | ANBS CLASS IN CMU | 11-08-2014 | 12-12-2014 |
| THA CMU | C | CHARCOAL CLASS IN CMU | 11-08-2014 | 12-12-2014 |
| THA CMU | C | CMU ACE CHINA 3 | 08-04-2014 | 12-02-2014 |
| THA CMU | C | EFFECTIVE COMMUNICATION SKILL2 | 08-04-2014 | 11-04-2014 |
| THA CMU | C | CMU ACE HEALTH 3 | 08-04-2014 | 11-03-2014 |
| THA CMU | C | CMU ACE DECISION 2 | 04-22-2014 | 07-15-2014 |
| THA CMU | C | EFFECTIVE COMMUNICATION SKILLS | 02-25-2014 | 05-14-2014 |
| THA CMU | C | CMU ACE CHINA 1 | 02-26-2014 | 05-14-2014 |
| THA CMU | C | CMU ACE HEALTH 1 | 12-17-2013 | 03-14-2014 |
| THA CMU | C | CMU ACE DECISION 1 | 12-17-2013 | 03-14-2014 |
| THA CMU | C | CMU ACE PERSIAN 2 | 12-17-2013 | 02-12-2014 |
| THA CMU | C | ANCIENT MESOPOTAMIA HISTORY 2 | 08-13-2013 | 12-17-2013 |
| THA CMU | C | CMU ACE PERSIAN 1 | 09-04-2013 | 12-17-2013 |
| THA CMU | C | ADVANCE YOGA CLASS IN CMU | 11-06-2013 | 12-19-2013 |
| THA CMU | C | ADVANCE CALIS CLASS IN CMU | 11-06-2013 | 12-19-2013 |
| THA CMU | C | AT RISK STAFF TAUGHT NUTRITION | 12-12-2013 | 12-19-2013 |
| THA CMU | C | ADVANCE CALLIGRAPHY CLASS | 11-06-2013 | 12-19-2013 |
| THA CMU | C | BEGINNING CALLIGRAPHY | 05-20-2013 | 10-04-2013 |
| THA CMU | C | PARENTING | 06-24-2013 | 08-30-2013 |
| THA CMU | C | CALISTHENICS | 05-28-2013 | 08-13-2013 |
| THA CMU | C | YOGA CLASS | 05-21-2013 | 08-13-2013 |
| THA CMU | C | FCI EDUCATION TUTOR TRAINING | 01-07-2013 | 01-13-2013 |



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: AHMED, FAROOQUE  77315-083

SEQUENCE: 01678068
Team Date: 10-26-2022

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THA CMU | C | WORLD HISTORY | 01-15-2013 | 04-11-2013 |
| THA CMU | C | ASTRONOMY/SCIENCE | 01-11-2013 | 04-11-2013 |
| THA CMU | C | PHYSICS IN YOUR LIFE PART 2 | 08-20-2012 | 11-19-2012 |
| THA CMU | C | CMU PHYSICS | 05-14-2012 | 08-09-2012 |
| THA CMU | C | CMU TOOLS OF THINKING PART 1 | 05-08-2012 | 08-09-2012 |
| THA CMU | C | CMU BASIC MATH PART 3 | 01-02-2012 | 03-28-2012 |
| THA CMU | C | CMU KEYBOARDING | 11-30-2011 | 12-30-2011 |
| THA CMU | C | CMU GEOMETRY PART 2 | 09-01-2011 | 12-07-2011 |
| THA CMU | C | CMU BASIC MATH PART 2 | 09-05-2011 | 12-07-2011 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 08-22-2011 |
| CARE2 | STABLE, CHRONIC CARE | 02-22-2022 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 02-04-2022 |
| NO PAPER | NO PAPER MEDICAL RECORD | 02-07-2012 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 02-22-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-22-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED FAIL V | DRUG EDUCATION FAIL-VOLUNTEER | 02-24-2015 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

** NO FRP DETAILS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:  $1,091.53          Payments commensurate ?   Y

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-15-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 10-07-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-07-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 10-07-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 10-07-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 10-07-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 10-07-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-07-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 10-07-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 10-07-2022 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 10-07-2022 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-07-2022 |
| N-WORK N | NEED - WORK NO | 10-07-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 06-13-2022 |

### Progress since last review

---

## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: AHMED, FAROOQUE  77315-083

SEQUENCE: 01678068
Team Date: 10-26-2022

WRK listed ACE ED ORD. Limited work assignments available in the CMU. EDC see transcript. Disc., has maintained clear conduct since 02/22. Hlth., utilize weekly administrative rounds to address any medical/psychology concerns.

### Next Program Review Goals

Participate in all available FSA courses in the CMU when offered.

### Long Term Goals

** No notes entered **

### RRC/HC Placement

No.
Inmate Refused RRC Placement.

### Comments

Poverty screen Yes, no bank account

# Certificate of Appreciation

## *Farooque Ahmed*

The Education Department Expresses Appreciation
for Your Achievement as an Inmate Tutor at the
Federal Correctional Complex Terre Haute, Indiana
May 2014

A. Adams, Teacher
FCI Education Department



# Literacy Program Graduation
## FCI Terre Haute
### May 27, 2014

Welcome ....................................... D. Quinones, SOE
Congratulatory Remarks ............... F. Semaia, Acting Warden
Congratulatory Remarks ............... J. Gunther, ASOE
Presentation of Diplomas ............. A. Adams, Teacher
Tutor Recognition ......................... J. Gunther, ASOE
Closing Remarks ........................... C. Hirons, AW

## "Seek Education From The Cradle To The Grave"

### General Educational Development Graduate

Antonio Martinez

### English As A Second Language Graduate

Abdulwali Muse

### Education Department Tutors

Mufid Abdulqader
Farooque Ahmed
Francisco Kemache-Webster
Monzer Al-Kassar, ACE
Russell Landers, ACE