## FSA Needs Reassessment
Register Number:77315-083, Last Name:AHMED

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| | |
|---|---|
| Register Number: 77315-083<br>Inmate Name<br>  Last.........: AHMED<br>  First........: FAROOQUE<br>  Middle.......:<br>  Suffix.......:<br>Gender........: MALE | Responsible Facility: THA<br>Assessment Date.....: 10/07/2022<br><br><br>*Risk = Low* |

### Needs Reassessment Worksheet Summary

| Need Area | Before/After | Assignment | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER Y | NEED - ANGER/HOSTILITY YES |
| | After | N-ANGER Y | NEED - ANGER/HOSTILITY YES |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV Y | NEED - COGNITIONS YES |
| | After | N-COGNTV Y | NEED - COGNITIONS YES |
| Education | Before | N-EDUC N | NEED - EDUCATION NO |
| | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL Y | NEED - MEDICAL YES |
| | After | N-MEDICL Y | NEED - MEDICAL YES |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| | After | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| Substance Abuse | Before | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA N | NEED - TRAUMA NO |
| | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK N | NEED - WORK NO |
| | After | N-WORK N | NEED - WORK NO |

### Needs Reassessment Worksheet Details

Need Area: Anger/Hostility, Assignment: N-ANGER Y
  No Data
-------------------------------------------------------------------------
Need Area: Antisocial Peers, Assignment: N-ANTISO N
  No Data
-------------------------------------------------------------------------
Need Area: Cognitions, Assignment: N-COGNTV Y
  No Data

## FSA Needs Reassessment

Register Number:77315-083, Last Name:AHMED

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

---

Need Area: Education, Assignment: N-EDUC N

  Category - Assignment - Start        - Stop

  EDI      GED HAS     09/01/2011 00:01

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Need Area: Family/Parenting, Assignment: N-FM/PAR N

  Source: PPG6, Tag: familyCommunityTies, Value: 4

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Need Area: Finance/Poverty, Assignment: N-FIN PV N

  No Data

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Need Area: Medical, Assignment: N-MEDICL Y

  Category - Assignment - Start        - Stop

  CAR      CARE2       02/22/2022 08:51

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Need Area: Mental Health, Assignment: N-M HLTH N

  No Data

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Need Area: Recreation/Leisure/Fitness, Assignment: N-RLF Y

  No Data

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Need Area: Substance Abuse, Assignment: N-SUB AB N

  No Data

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Need Area: Trauma, Assignment: N-TRAUMA N

  No Data

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Need Area: Work, Assignment: N-WORK N

  No Data

---

```
  THAAD  606.00  *      MALE CUSTODY CLASSIFICATION FORM      *      11-16-2022
PAGE 001 OF 001                                                      08:46:26
                            (A) IDENTIFYING DATA

REG NO..:  77315-083            FORM DATE: 11-16-2022          ORG: THA
NAME....:  AHMED, FAROOQUE
                                      MGTV: NONE

PUB SFTY: GRT SVRTY                   MVED:
                            (B) BASE SCORING

DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
MOS REL.: 91                    CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (5) < 5 YRS MINOR
VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING

TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (1) AVERAGE   TYPE DISCIP RPT: (2A) 1 HIGH
FREQ DISCIP RPT.: (2) 1         FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+14  +15     0        +14        LOW        N/A             IN       SAME


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```