NOTICE TO INMATE OF TRANSFER TO COMMUNICATION MANAGEMENT UNIT

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate Name (Last, First, Middle): AHMED, Farooque | Register Number: 77315-083 |
|---|---|
| Warden (print and signature): T. RULE, Warden | Institution: THA CMU |

**NOTICE:** This notice informs you of your transfer to a Federal Bureau of Prisons (Bureau) facility that allows greater management of your communication with persons in the community through more effective monitoring of your telephone use, written correspondence, and visiting. Your communication by these methods may be limited as necessary to allow effective monitoring. Your general conditions of confinement in this unit may also be restricted as necessary to provide greater management of your communications. Your transfer to this unit, by itself, will have no effect on the length of your incarceration. You will continue to earn good-conduct sentence credit in accordance with Bureau policy.

**Your transfer to this facility under these conditions is based on the following specific information:** You have been identified as a globally inspired Islamic extremist. You continue to espouse hatred towards the United States, non-Muslims and others who are not aligned with your violent, extremist beliefs.

On March 31, 2017, you received a Closer Supervision transfer from FCI Ashland to FCI Loretto, following the completion of an SIS Investigation. SIS staff concluded that you were likely involved in an altercation with another inmate in your housing unit. The investigation also suggested that you attempted to gain support from other Muslim inmates to retaliate against the other inmate. As a result, you received a transfer to another facility based on your attempt to rally/encourage others. On January 25, 2018, the SIS Office at FCI Loretto completed an investigation and determined that you actively engaged in recruitment efforts in an attempt to radicalize and mobilize others into action upon release from custody. It has also been determined that you have not changed or altered your ideology or beliefs while incarcerated.

To deter your continued attempts of using inmate communications to convey threats to injure and/or kill civilians and members of US Military; it is recommended that you be placed in a Communications Management Unit (CMU) for increased monitoring of your communications to protect the safety, security, and good order of BOP institutions, government officials, and the public.

Based on this information, your transfer to this facility for greater communication management is necessary to the safe, secure, and orderly operation of Bureau institutions, or protection of the public. Your continued designation to this facility will be reviewed regularly by your Unit Team under circumstances providing you notice and an opportunity to be heard, in accordance with the Bureau=s policy on Classification and Program Review of Inmates.

**OPPORTUNITY TO APPEAL TRANSFER DECISION** - You may appeal this transfer decision, or any conditions of your confinement, through the Bureau=s Administrative Remedy Program, 28 C.F.R. '' 542.10 through 542.19, and corresponding policy. A member of your Unit Team will provide you with the necessary form upon request.

**INSTRUCTIONS TO STAFF** - Provide the inmate a copy of this form and complete the following information documenting delivery.

| Staff Member Name and Position (printed): B. KLZNK   CSW | Staff Member (signature): | Date Issued: 12-28-2022 |
|---|---|---|

Catricia Howard, Assistant Director, Correctional Programs Division