Case 1:19-cr-00443-CMH35 Document 34-9 nt 85-1ed Filed 71/23/22age 1 of 6 PageID# 204

```
REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                QTR.: D02-019L   RCV OFC: THA
REMEDY ID: 1051475-F1    SUB1: 28BS SUB2: 28AS DATE RCV:   10-01-2020
UNT  RCV..:CMU          QTR RCV.: D03-034L      FACL RCV: THA
UNT  ORG..:CMU          QTR ORG.: D03-034L      FACL ORG: THA
EVT FACL.: THA    ACC LEV:  THA  1 NCR  1            RESP DUE:  WED  10-21-2020
ABSTRACT.: REQUESTING PROPER MENTAL HEALTH TREATMENT
STATUS DT: 12-03-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 10-08-2020
REMARKS..:
```

```
REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                QTR.: D02-019L   RCV OFC: THA
REMEDY ID: 1051476-F1    SUB1: 26AS SUB2: 26CS DATE RCV:   10-01-2020
UNT  RCV..:CMU          QTR RCV.: D03-034L      FACL RCV: THA
UNT  ORG..:CMU          QTR ORG.: D03-034L      FACL ORG: THA
EVT FACL.: THA    ACC LEV:  THA  1                   RESP DUE:  WED  10-21-2020
ABSTRACT.: CLAIMS NO ACCESS TO MEDICAL THROUGH SICK CALL
STATUS DT: 12-03-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 10-08-2020
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

Case 1:10-cr-00413-CMH-35 Document 24-9 Filed 07/13/23 Page 75 of 93

REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                QTR.: D02-019L    RCV OFC: NCR
REMEDY ID: 1051475-R1     SUB1: 28BS SUB2: 28AS DATE RCV:    01-05-2021
UNT  RCV..:CMU          QTR RCV.: D03-034L      FACL RCV: THA
UNT  ORG..:CMU          QTR ORG.: D03-034L      FACL ORG: THA
EVT FACL.: THA    ACC LEV:  THA  1 NCR  1           RESP DUE: SAT  03-06-2021
ABSTRACT.: REQUESTING PROPER MENTAL HEALTH TREATMENT
STATUS DT: 01-29-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 01-05-2021
REMARKS..:


REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                QTR.: D02-019L    RCV OFC: NCR
REMEDY ID: 1064552-R1     SUB1: 34CM SUB2:      DATE RCV:    01-11-2021
UNT  RCV..:CMU          QTR RCV.: D03-034L      FACL RCV: THA
UNT  ORG..:CMU          QTR ORG.: D03-034L      FACL ORG: THA
EVT FACL.: THA    ACC LEV:                          RESP DUE:
ABSTRACT.: DISCRIMINATION
STATUS DT: 01-13-2021  STATUS CODE: REJ STATUS REASON: SEN FRM INS IRQ RSR
INCRPTNO.:          RCT:    EXT:   DATE ENTD: 01-13-2021
REMARKS..:


G0002        MORE PAGES TO FOLLOW . . .

Case 1:19-cr-00413-CMH Document 34-9 Filed 04/07/23 Page 3 of 6 PageID# 206
Case 3:20-cv-00135-LPL Document 86-1 Filed 11/23/22 Page 80 of 93

```
REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                QTR.: D02-019L   RCV OFC: BOP
REMEDY ID: 1067462-A1      SUB1: 25CM SUB2:    DATE RCV:    02-25-2021
UNT  RCV..:CMU          QTR RCV.: D02-018L     FACL RCV: THA
UNT  ORG..:CMU          QTR ORG.: D03-034L     FACL ORG: THA
EVT FACL.: THA    ACC LEV:                     RESP DUE:
ABSTRACT.: HAZARDOUS MATERIALS, ASBESTOS, FECAL MATTER, PAINT
STATUS DT: 03-08-2021  STATUS CODE: REJ STATUS REASON: DIR OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 03-08-2021
REMARKS..: FOLLOW REJECTION INSTRUCTIONS FROM LOWER LEVEL.



REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                QTR.: D02-019L   RCV OFC: BOP
REMEDY ID: 1051475-A1      SUB1: 28BS SUB2: 28AS DATE RCV:    03-19-2021
UNT  RCV..:CMU          QTR RCV.: D02-018L     FACL RCV: THA
UNT  ORG..:CMU          QTR ORG.: D03-034L     FACL ORG: THA
EVT FACL.: THA    ACC LEV:  THA  1 NCR  1      RESP DUE:
ABSTRACT.: REQUESTING PROPER MENTAL HEALTH TREATMENT
STATUS DT: 04-05-2021  STATUS CODE: REJ STATUS REASON: IRQ RAP RSA OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 04-05-2021
REMARKS..: PROVIDE LEGIBLE COPY OF YOUR BP-10 FORM.
```

```
NERBQ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-01-2022
PAGE 077 OF      *              FULL SCREEN FORMAT          *          16:47:00


REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                 QTR.: D02-019L   RCV OFC: THA
REMEDY ID: 1112648-F1     SUB1: 25CS SUB2: 15HS DATE RCV:    03-02-2022
UNT  RCV..:CMU          QTR RCV.: D02-009LDS    FACL RCV: THA
UNT  ORG..:CMU          QTR ORG.: D02-009LDS    FACL ORG: THA
EVT FACL.: THA    ACC LEV:                        RESP DUE:
ABSTRACT.: COMPLAINS CMU CONDITIONS TORTUROUS, DIRT, NO AIRFLOW
STATUS DT: 03-07-2022  STATUS CODE: REJ STATUS REASON: INF MLT
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 03-07-2022
REMARKS..:




REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                 QTR.: D02-019L   RCV OFC: THA
REMEDY ID: 1112647-F2     SUB1: 14AS SUB2: 15HS DATE RCV:    03-02-2022
UNT  RCV..:CMU          QTR RCV.: D02-009LDS    FACL RCV: THA
UNT  ORG..:CMU          QTR ORG.: D02-009LDS    FACL ORG: THA
EVT FACL.: THA    ACC LEV:                        RESP DUE:
ABSTRACT.: CMU PLACEMENT APPEAL
STATUS DT: 03-07-2022  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 04-06-2022
REMARKS..: YOUR CMU PLACEMENT APPEAL HAS BEEN PROCESSED AND IS
           CURRENTLY PENDING A RESPONSE AT THE REGIONAL LEVEL.
           WHEN 1107361-R1 IS RETURNED, CONTINUE A.R. PROCESS




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU           QTR.: D02-019L   RCV OFC: THA
REMEDY ID: 1066034-F1      SUB1: 33HS SUB2:   DATE RCV:   01-25-2021
UNT  RCV..:CMU        QTR RCV.: D03-034L    FACL RCV: THA
UNT  ORG..:CMU        QTR ORG.: D03-034L    FACL ORG: THA
EVT FACL.: THA    ACC LEV:             RESP DUE:
ABSTRACT.: HAS NOT YET RECEIVED RESPONSE FROM ADMIN REM REQUEST
STATUS DT: 01-25-2021  STATUS CODE: REJ STATUS REASON: SEN
INCRPTNO.:         RCT:   EXT:   DATE ENTD: 01-25-2021
REMARKS..:




REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU           QTR.: D02-019L   RCV OFC: BOP
REMEDY ID: 1047115-A1      SUB1: 34CS SUB2: 10ZS DATE RCV:   02-01-2021
UNT  RCV..:CMU        QTR RCV.: D03-034L    FACL RCV: THA
UNT  ORG..:CMU        QTR ORG.: D03-034L    FACL ORG: THA
EVT FACL.: THA    ACC LEV:  THA  1         RESP DUE:
ABSTRACT.: COMPLAINS CMU PLACEMENT IS DISCRIMINATION
STATUS DT: 02-18-2021  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:         RCT:   EXT:   DATE ENTD: 02-18-2021
REMARKS..:
```

G0002     MORE PAGES TO FOLLOW . . .

NERBQ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-01-2022
PAGE 079 OF        *         FULL SCREEN FORMAT             *       16:47:00


REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                QTR.: D02-019L   RCV OFC: THA
REMEDY ID: 1116811-F1      SUB1: 34AS SUB2: 15HS DATE RCV:    04-11-2022
UNT   RCV..:CMU         QTR RCV.: D02-019L        FACL RCV: THA
UNT   ORG..:CMU         QTR ORG.: D02-019L        FACL ORG: THA
EVT FACL.: THA     ACC LEV:                       RESP DUE:
ABSTRACT.: STATES HE WAS DELIBERATLEY HANDCUFFED TOO TIGHT
STATUS DT: 04-13-2022   STATUS CODE: REJ STATUS REASON: UTF MSI IAT OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 04-13-2022
REMARKS..: THIS REQUEST IS BEING FORWARDED TO THE INVESTIGATIVE
           AUTHORITIES FOR REVIEW.



REGNO: 77315-083 NAME: AHMED, FAROOQUE
RSP OF...: THA UNT/LOC/DST: CMU                QTR.: D02-019L   RCV OFC: BOP
REMEDY ID: 1107361-A1      SUB1: 15HS SUB2: 14CS DATE RCV:    05-24-2022
UNT   RCV..:CMU         QTR RCV.: D02-019L        FACL RCV: THA
UNT   ORG..:CMU         QTR ORG.: D02-019L        FACL ORG: THA
EVT FACL.: THA     ACC LEV:  THA  1 NCR  1 BOP  1  RESP DUE: SAT  07-23-2022
ABSTRACT.: REQUESTS RE-DESIGNATION TO GENERAL POPULATION UNIT
STATUS DT: 06-10-2022   STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-10-2022
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .