# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: AHMED, FAROOQUE | | Reg #: 77315-083 |
| Date of Birth: 01/10/1976 | Sex: M  Race: WHITE | Facility: THA |
| Encounter Date: 12/27/2022 12:28 | Provider: Lear, Jacob RN | Unit: D02 |

Nursing - Evaluation encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Lear, Jacob RN

Chief Complaint:   Other Problem
Subjective:        I swallowed a razor because I am tired of games and I am showing them that I am serious.
Pain:              Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/27/2022 | 12:29 THX | 96 | | | Lear, Jacob RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/27/2022 | 12:29 THX | 18 | Lear, Jacob RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/27/2022 | 12:29 THX | 109/77 | | | | Lear, Jacob RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/27/2022 | 12:29 THX | 97 | Room Air | Lear, Jacob RN |

**ASSESSMENT:**

Other

Called to CMU for medical assessment of inmate after staff witnessed him swallow a piece of a razorblade. Upon my arrival, IM was in CMU SHU. IM denies medical complaints at this time. Vitals obtained and WNL. IM is A+Ox3. States he is tired of games and he is showing everyone he is serious. Unknown context to why he is upset. No complaints of abdominal pain, vomiting blood, cramping. Spoke with provider, VO for x-ray of chest and abdomen for foreign body. IM to report to sick call if condition worsens. If XR is positive for foreign body, IM will be monitor for symptoms related to foreign body ingestion.

**PLAN:**

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-Portable, General Radiology-Abdomen-1 View | One Time | | 12/27/2022 | Today |

   Specific reason(s) for request (Complaints and findings):

      foreign body ingestion

**Disposition:**

Follow-up at Sick Call as Needed