### Shafique & Samina Raana Ahmed
#### 22 Albert Court, 1st Floor
#### Staten Island, NY 10303

April 1, 2022

Dear ...

*Re: Request for Hardship and Humanitarian transfer of our son, Farooque Ahmed Inmate BOP#77315-083— incarcerated at CMU-FCI Terri Haute, Indiana—Department of Justice/Federal Bureau of Prison.*

We are writing to request a hardship/humanitarian/mercy transfer for our son Farooque Ahmed, from his current prison facility CMU- FCI Terri Haute Indiana to New York or any closer prison to New York. I am soon to be an 80 year old father with multiple medical issues: such as heart, gallbladder surgery and other diseases. I have attached hereto details of my medical issues from my doctors for your perusal.

The CMU-FC1 Terri Haute Indiana facility where my son is incarcerated is 834 miles away from our New York residence. I have recently had a gall bladder surgery, followed by a cardiac bypass surgery. Because of my current health condition, I am unable to drive the 834 miles to visit my son. We are beaching you to please, please help make possible for us to have the ability to visit our son.

Our son, Farooque Ahmed has been an inmate at FCI Terri HAUTE, Indiana for more than a decade and we have not seen him for many years. He has a clean record and good behavior since he was incarcerated. As parents, it is so important for his mother who is extremely sick also, and me to humbly request, for humanitarian reason, that he be transferred to a suitable distance near us so that we may be able to visit with him in our final days. We love our son and pray that you will assist us.

To date, I have been the only one who had the ability to drive the distance. My current medical condition precludes me from driving 834 miles.

Again, I am attaching a letter from my doctor that outlines my medical condition and the restrictions it puts upon me. This has already been a very trying, nerve wrecking and difficult time for our family. The thought of no longer being able to see our son is

heartbreaking, heart wrenching and causing excruciating pain to us. Please merge empathy, with sympathy and passion to help us!

We sincerely hope that you will understand the very personal and parental hardships that we, as a family have gone through.

Hon. Schumer, we fully understand that the system is designed to impose maximum penalty on a convicted inmate, yet we believe it is not intended to bring pain and hardship to the convict's parents. The crime our son is charged with is deplorable, but we, his parents have also unwittingly received a heartbroken sentence as well. We are on bending knees asking you to please tamper mercy with justice and allow us to visit our son. We herewith pray to the great creator to touch your heart so that you may do all you can to help us!

Thank you for your time and consideration!

Sincerely yours,

Samina Raana Ahmed, Mother

Shafique Ahamed, Father