Feb 12 2023

To Whom it may Concern
Letter of Financial Support
For Farooque AHMED = 77315-083

I am writing to express my support for Farooque AHMED who is currently serving a sentence at FCI Federal Correctional Institution, Terse Haute. I understand that FAROOQUE AHMED has been model Prisoner and has shown genuine remorse Setting.

I am writing to inform you that I am willing and able to Provide Financial and housing support For Farooque Ahmed upon Release from Prison. I believe that Farooque has served a sufficient amount of time in Prison 12.5 years that he would be better suited to Continue his his rehabilitation and growth in a less restructive setting

I further Confirm that I will Provide Farooque with Stable home, monthly Stipend, access to Job Training and will help to fund employment opportunities.

I understand that the decision for Compassionate Release is serious on. but I strongly believe that it is best interest for Farooque, and the interest of society as what

Sincerly

SHAFIQ AHMAD
M,A L L,B
22 ALBERT ct S9 NY 1030

Before Me on February 14, 2023
Came. Shafiq, Ahmad

ROCCO GUERCIO
Notary Public - State of New York
NO. 01GU6109235
Qualified in Kings County
My Commission Expires Apr 26, 2024

Notary Public

Amber Sheikh
22 Albert Ct.
Staten Island, NY. 10307

February 22, 2023

Dear District Judge:

I am writing to express my support for Farooque Ahmed, who is currently serving a sentence at FCI -Federal correctional Institution, Terre Haute. I understand that Farooque Ahmed has been a model prisoner and has shown genuine remorse for their actions.

I am writing to inform you that I am willing and able to provide support for Farooque upon his release from prison. I believe that Farooque has served a sufficient amount of time in prison 12 years approximately and that he would be better suited to continue his rehabilitation and growth in a less restrictive setting.

I am confident that Farooque Ahmed will make a successful life back into society with my support. I will provide Farooque support to access job training and will help him find employment opportunities, and any other resources as much he may need to get back on his feet.

I understand that the decision for a compassionate release is a serious one, but I strongly believe that it is in Farooque's best interest and the interest of society as a whole. Thank you for your time and consideration in this matter.

Sincerely,
Amber Sheikh
Sister

Robert P. Hoffman II                                    22 February 2023
81369-083
FCI Terre Haute
P.O. Box 33
Terre Haute, IN. 47808

In Re: Character reference letter on behalf of Farooque Ahmed

I am Robert P. Hoffman II, and have been housed here at CMU Terre Haute for the past nine years. Six of those years have been spent in close company with Farooque Ahmed.

I know him to be a generous person whom often goes above and beyond to help those in need. He is technologically astute, professional, and passionate in his virtues. His work ethics are exemplary and his compassion for his fellows has alleviated many a prison issue.

Having shown a genuine desire to live a constructive life, I believe further incarceration would serve no purpose. Mr. Farooque Ahmed will be an asset to any community.

Respectfully,

Robert P. Hoffman II
CTT1(ss)        USN(ref.)

ABdulwali muse
#70636-054
Date: 2/23/23

I have Bean Surviving a sentence at FCI Terra Haufe for Years. I have had the great opportunity of knowing brother Ahmed farooque. He has been a kin hearted inmate who always gees out of his cutey to help not only those clossed to him but others as well.

He is devout muslim brother who never shirnts his obligation to love God, family and his community to the best of his ability. It is my wholehearted belief that if given a second chance at life back in society, he will exercise desire and unabated motivation to succeed as law abiding citizen, anywhere, anyplace.

Abdulwali muse

Juan Diego Paucar
Reg.No.44491-004
FCI Terre Haute/CMU
P.O.Box 33
Terre Haute, Indiana 47808


February 8, 2023


United States District Court
for the Eastern District of Virginia


Honorable District Court Judge:

My name is Juan Diego Paucar, I am a federal inmate serving a term of sentence at FCI Terre Haute, in the State of Indiana. And it's been at this facility where I have had the fortune of having met Mr. Farooque Ahmed. Today, I reach out to the honorable court, on his behalf, as follows:

First, it is with absolute confidence and out of great respect that I submit this letter of reference for Mr. Ahmed, as he's gained my respect and admiration due to his knowledge and skill at problem solving and defusing all sorts of potentially serious conflicts among the inmate community.

Second, he's very easy to work with and can be depended upon to render a helping hand to anyone in need. While serving time along with Mr. Ahmed, and irrespective of the difficult conditions of our confinement, he's always shown nothing other than a great attitude in coping with the often times hopeless realities of our incarceration. In doing so, he's always demonstrated an unusual desire to learn from an unlimited array of subjects and topics. He truly is intellectually curious. In addition, I have found him to be a committed and hard working individual. I feel without a doubt Mr. Ahmed will be a productive member of society

Lastly, and on a personal note. I find Mr. Ahmed to be a diligent, sincere, and devout Muslim man, who patiently teaches others overtly, with the exemplary power of his own role modeling. But he hasn't stopped there, he's always seeking to further his personal progress inwardly and outwardly while taking the initiative to improve upon himself, others, and his surroundings. I look forward of seeing Mr. Ahmed on the other side of the wall in the near future.

Respectfully submitted

Juan Diego Paucar
Reg. No. 44491-004
FCI Terre Haute/CMU

2/13/2023

To whom it may concern:

I am writing this reference letter on behalf of Inmate Farooque Ahmed. I am an inmate serving a sentence at F.C.I. Terre Haute, and I have known Mr. Ahmed for quite some time. Throughout our aquaintance Mr. Ahmad has been an extraordinary mentor and a positive influence encouraging my sobriety and overall rehabilitation. Mr. Ahmad has come to my rescue many time's when I have gone through challenging emotional times — The prison blues, as we normally call it. He has literally guided me on how not to be my own worst problem; and because of his caring support I have been able to maintain my sanity and accomplish many constructive thing's such has numerous educational courses that I have taken. Mr. Ahmad works for the education department and cause of him, me and many other's have succeeded in passing many educational courses and their G.E.D. I and other's would never have achieved this if it wasn't for him. Mr. Ahmad is one of the few friends I have that support my straight walk through incarceration and provides me with the moral and spiritual support to take responsibility for the past poor choices and to embrace hope for a future yet lived. Mr. Ahmad's deeply held remorse for the person he used to be, His inner spiritual maturity and his commitment to live a life filled with moral integrity and to give back to other's and society as he has done here is real and it will solidify his success out in society. If there is any person that deserves a second chance then Mr. Ahmad is one of them.

Sincerely,

Dritan Duka

Dritan Duka
61285-066

Kurt Johnson 13177-081
P.O. Box 33
TERRE HAUTE, IN 47808

Feb. 23, 20

Re: Farooque Ahmed

To Whom it may Concern

I have been in the CMU units for 10 years, 5 of those years have been shared with Farooque. Over th years I have seen Farooque peacable with the eclecti group of prisoners that pass through these units.

He is very devoted to his faith. Which is important in place like this which is designed to destroy most of your community relations. I myself was blocked from having a contact with my wife and parents for 4 consecutive yea Most relations do not survive this kind of abuse. Further ther a lot of isolation. It is a high stress environment.

There was one particular miserable curmudgeon who w a nightmare on your best day. I did witness Farooque his temper after being taunted on a bad day. I immediat witness Farooque's regret which to me was quite telling about his character.

I have witness Farooque suffer much hardship because these harsh conditions like divorce, To me he has shown noble character under the burdens he's carried.    Sincerely