# KATHY MANLEY, ATTORNEY AT LAW

26 Dinmore Road
Selkirk, New York 12158
(518) 635-4005 (phone & fax)
mkathy1296@gmail.com
KathyManleyLawOffice.com

Kathy Manley
Stephen F. Downs (of counsel)

March 13, 2023

RECEIVED
MAILROOM

APR – 7 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Clerk, United States District Court
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Clerk:

I received (unsolicited) the enclosed original *pro se* compassionate release motion from Farooque Ahmed, requesting that I mail it to the court, since he said he had had difficulties mailing paperwork to courts in the past. Thank you.

Respectfully,

Kathy Manley
26 Dinmore Road
Selkirk, New York 12158
(518) 635-4005
Mkathy1296@gmail.com

Enc.