KATHY MANLEY, ATTORNEY AT LAW
26 Dinmore Road
Selkirk, New York 12158

U.S. MARSHALS

RECEIVED MAILROOM
APR -7 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

**UNITED STATES POSTAL SERVICE.** *Retail*

**P**

US POSTAGE PAID
**$11.45**
Origin: 12077
04/04/23
3532400077-13

**PRIORITY MAIL®**

1 Lb 0.60 Oz

**RDC 04**

EXPECTED DELIVERY DAY: 04/06/23

C031

SHIP TO:



401 COURTHOUSE SQ
ALEXANDRIA VA 22314-5701

Clerk, United States District Court
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

USPS TRACKING® #



9505 5117 4767 3094 7731 05

