FILED
MAILROOM

— 8 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of Court District Court
For the Eastern District of Virginia

Case No: 10-CR-413

Dear Clerk,                                5.3.23

I have attached a document of my Mother medical summary. Can you attached with attachment No# 8 And Also please provid me an update of my Compassion release status. I have not heard any thing from the Court, Any update.

Sincerly

Farooque Ahmed
Reg # 77315-083
F.C-1 Terre Haut/CMU
P.O BOX #33
Terre Haute, IN 47808