Tenderness: There is abdominal tenderness in the epigastric area.
Musculoskeletal:
  General: No deformity.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

## Assessment/Plan:

## Assessment

Diagnoses and all orders for this visit:

**Gastroesophageal reflux disease, unspecified whether esophagitis present**
Worsening symptoms. Pt has not been taking PPI. She reports she did not like how it made her feel. Discussed risks and benefits of starting pepcid. Start pepcid after collection of stool h pylori. Counseled patient to avoid caffeine, smoking, spicy, fatty, and acidic foods. Avoid alcohol, onions, garlic, mint. Eat small frequent meals and remain upright after meals. Limit NSAID use. GI note reviewed. Follow up w/ GI for endoscopy. Pt reports she did not follow up w/ previously ordered EDG because she felt the co-pay was too high. Risk of delays discussed. Patient/ daughter verbalized understanding and agrees with plan. Patient/ daughter given opportunities to ask questions. All questions answered.
-   H. pylori antigen, stool; Future
-   famotidine (PEPCID) 20 MG tablet; Take 1 tablet (20 mg total) by mouth as needed in the morning and 1 tablet (20 mg total) as needed in the evening for heartburn. Max Daily Amount: 40 mg.
-   Ambulatory internal referral to Gastroenterology; Future

Electronically signed by Nadia Pietto, NP at 6/17/2022 11:00 AM

Office Visit on 6/17/2022   *Note shared with patient*

# Additional Documentation

Vitals:       BP **130/82** (BP Location: Right arm, Patient Position: Sitting) Pulse **77**
Temp **97.9 °F (36.6 °C)** (Oral) Resp **16** Ht **5' 5"** (1.651 m) Wt **188 lb** (85.3 kg) SpO2 **97%**
Breastfeeding **No** BMI **31.28 kg/m²** BSA **1.98 m²**

Flowsheets:   Social Determinants, SBIRT Initial Questionaire, Amb Complex Vitals Nav,
Amb Complex Vitals Nav, Anthropometrics, Healthcare Directives, Activities of Daily Living,
PHQ-9 Depression Scale, GAD-7 Anxiety Scale

## Orders Placed

H. pylori antigen, stool (Resulted 6/20/2022)
Ambulatory internal referral to Gastroenterology Closed

## Medication Changes

As of 6/17/2022 10:20 AM

|  | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: famotidine (PEPCID) 20 MG tablet** | 0 | 6/17/2022 | 12/14/2022 |

Take 1 tablet (20 mg total) by mouth as needed in the morning and 1 tablet (20 mg total) as needed in the evening for heartburn. Max Daily Amount: 40 mg. - Oral

## Visit Diagnoses

Primary: **Gastroesophageal reflux disease, unspecified whether esophagitis present** K21.9

# Raana, Samina

MRN: 5005



**Nadia Pretto, NP**
Nurse Practitioner
Specialty: **Internal Medicine**

Progress Notes
Signed

Encounter Date: **6/17/2022**

**Subjective:**

**Subjective**

**Patient ID:** Samina Raana is a 71 y.o. female.

**Gastroesophageal Reflux**
She complains of abdominal pain, belching, choking, dysphagia, early satiety, globus sensation, heartburn and water brash. She reports no chest pain, no coughing, no hoarse voice, no nausea, no sore throat or no stridor. This is a chronic problem. The current episode started more than 1 year ago. The problem has been gradually worsening. The heartburn wakes her from sleep. The heartburn does not limit her activity. The heartburn changes with position. The symptoms are aggravated by certain foods. Associated symptoms include fatigue. Pertinent negatives include no melena. She has tried a PPI for the symptoms. The treatment provided no relief (stopped PPI because she did not like how it made her feel). did not keep appt for endosccopy.

Patient comes to the office with her daughter Amber.

**Chief Complaint**
Patient presents with
- Gastroesophageal Reflux

family history includes Asthma in her brother and father.
Patient Active Problem List
Diagnosis
- Chronic bilateral low back pain without sciatica
- Decreased hearing of left ear
- Obesity (BMI 30.0-34.9)

No Known Allergies
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| nystatin (MYCOSTATIN) powder | Apply topically 2 (two) times a day | 60 g | 5 |
| omeprazole (PriLOSEC) 40 MG capsule | Take 1 capsule (40 mg total) by mouth daily Max Daily Amount: 40 mg | 90 capsule | 1 |

Raana, Samina (MRN 5005113)                                    Encounter Date: 06/17/2022

- pantoprazole (PROTONIX) 40 MG tablet | Take 1 tablet (40 mg total) by mouth daily Max Daily Amount: 40 mg | 90 tablet | 1

No current facility-administered medications on file prior to visit.

Review of Systems
Constitutional: Positive for fatigue.
HENT: Negative for hoarse voice and sore throat.
Respiratory: Positive for choking. Negative for cough.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for abdominal pain, dysphagia and heartburn. Negative for melena and nausea.

**Objective:**

Blood pressure 130/82, pulse 77, temperature 97.9 °F (36.6 °C), temperature source Oral, resp. rate 16, height 5' 5" (1.651 m), weight 188 lb (85.3 kg), SpO2 97 %, not currently breastfeeding.

**Objective**

**Physical Exam**
Vitals reviewed.
Constitutional:
    General: She is not in acute distress.
    Appearance: She is obese.
HENT:
    Head: Normocephalic and atraumatic.
    Right Ear: Tympanic membrane, ear canal and external ear normal.
    Left Ear: Tympanic membrane, ear canal and external ear normal.
    Nose: Nose normal. No congestion.
    Mouth/Throat:
    Mouth: Mucous membranes are moist.
    Pharynx: Oropharynx is clear.
Eyes:
    General: No scleral icterus.
    Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
    Rate and Rhythm: Normal rate and regular rhythm.
    Heart sounds: Normal heart sounds.
Pulmonary:
    Effort: Pulmonary effort is normal. No respiratory distress.
    Breath sounds: Normal breath sounds.
Abdominal:
    General: Bowel sounds are normal.
    Palpations: Abdomen is soft.