United States District Court

For the Eastern District of virginia.

FILED
MAILROOM

MAY 1 9 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

May 08, 2023                    CaseNo: 10-CR-413

Greeting Clerk,        ReFrence to Compassion release. &

Please Kindly attache these refrence letter to

that attachaint NO# 12. As you Convenience. Thank you.

regard

Farooq/ae Ahmed

# 77315-087

F.C. Terre Haute/CMU

P.o Box # 33

Terre Haute IN 47808