Jawwad Ahmad
150 Farragut Ave,
Middlesex, NJ, 08846

US District Court,
Eastern Virginia.

Dear Honorable Judge,

My name is Jawwad Ahmad. I am a younger brother of Farooque Ahmed, who is a prisoner at Federal Correctional Institution (FCI). I have been working for the public health system of the city of NY for the last 18 years. I have BSC in Economics and Finance. I have three daughters who adore their uncle Farooque. I am writing this letter on behalf of my older brother Farooque Ahmed, who was convicted in this court for conspiracy to provide material support to a designated foreign terrorist organization, among other charges. As his younger brother I am requesting that you release him on the basis of mercy and compassion.

My father is in his eighties and suffers from severe medical conditions. They include heart condition, diabetes and lately he has been forgetting things. My mother, being old, suffers from several medical conditions and severe ones are Arthritis and depression. During the last 13 years, she has seen her family struggle and her son being incarcerated has added to her struggles. I live in NJ and they have a house in NYC. This distance can add some of my abilities to manage my family and my parents. Although I am able to manage care for my parents, I struggle sometimes. Having my brother near our family would add so much to help me care for our parents. The emotional toll of this separation has been significant for my parents, and I believe that this should be considered when evaluating his case.

Furthermore, our family, including our old parents, his son, my siblings, his nephews and nieces who have been struggling to cope with his absence. His son has been living in the US since his arrest, and he has been separated from him for over a decade. All family gatherings, there hasn't been any instance that we don't reminisce or mention him. Usually we speak about the good times together and those moments make us happy. I am only a year younger so we have always been not only brothers but good friends. Growing up we went to school together, did homework, school assignments and always played sports together. In highschool gym class, we were called "cricket boys" due to the fact we knew and played similar styles. Him getting released would allow our family to be whole and heal from this long separation. I will use the opportunity to connect my lost time. I will help my brother with getting back to life.

My brother, Farooque was sentenced to 23 years in prison in 2011, and since then, he has been incarcerated in mostly Terre Haute, Indiana. This FCI is over 800 miles away from his parents home. Due to this distance he has not had the chance to see his family and friends regularly. During his time in prison, Farooque has expressed remorse for his actions and has worked hard to improve himself by participating in various educational programs and volunteering in community service projects. He also tutored information technology to other inmates during his time.

I understand that the severity of my brother Farooque's offense cannot be overlooked, but I would like to bring to your attention some factors that I believe should be taken into consideration when reviewing his case. During this time in the US, Farooque worked as an Information Technology specialist and was an active member of his community.

I also wanted  to express my sincere intention to help my brother to contribute positively to my community upon my release from prison. We are committed to making amends and taking responsibility. Additionally,  I think he will make a positive impact on the community. I will certainly help him in participating in community service programs to give back to the community. I understand that this will be a long and difficult process, but I am willing to put in the effort to make it right. I am certain that he will be committed to making positive changes in my life and to becoming a productive member of society. I am willing to comply with any conditions imposed upon my release and to work closely with my probation officer to ensure that I stay on the right track. My brother has been going through a tough time, and I feel a deep sense of responsibility to be there for him as he has always been there for me. I plan to support him emotionally and financially and help him get back on his feet.

In addition, upon his release I aim to participate in community service programs with him in efforts to give back to the community. I understand that this will be a long and difficult process, but I am willing to put in the effort to make it right. I am committed to making positive changes in my life and to becoming a productive member of society. I am willing to comply with any conditions imposed upon his release and to work closely with the probation officer to ensure that he stays on the right track.

In conclusion, I urge you to take these factors into account when reviewing Faroqque's case. While I understand that he has been convicted of a serious offense, I believe that his efforts to rehabilitate himself and the impact of his incarceration on his family should be considered. I hope that you will take these factors into account and make a fair and just decision.

Sincerely,

Jawwad Ahmad

Dear Honorable Judge,

My name is Zainab Ahmad and I am 12 years old. I am related to Farooque Ahmed who is a prisoner at FCI in Terri Haute Indiana. I am Farooqe Ahmed's niece. My uncle Farooqe Ahmed got arrested right before I was born. I only saw him in prison , I was never able to meet him in person. I am writing this letter to express my deep concern and request for the release of my uncle, Farooque Ahmed. He has been in custody for a considerable amount of time, and I believe that his release on the basis of compassion and mercy would be in the best interest of justice.

My uncle has always been a law-abiding citizen and a loving family man. He has never been involved in any criminal activities before, and his arrest has been a severe shock to our family. His absence has created an enormous void in our family, and we have been going through immense emotional and mental stress. As his niece , I can personally attest to the fact that his absence has created a significant impact on our family's well-being.

My grandmother and grandfather have been very emotional on this topic about my uncle Farooque Ahmed. My grandmother usually cries when someone brings this topic up. Whenever we have family gatherings we always look at photos from when he was still young and we all miss him. My grandparents have been traumatized since his arrest. They get sad and depressed of him not being present during all holidays.
I understand that my uncle has made some mistakes, and I do not wish to downplay the gravity of his actions. However, I do believe that he is a fundamentally good person. He has expressed deep remorse for his actions, and I have faith that he will make amends for his mistakes.

As a family, we have always stood by each other in times of need, and my uncle's absence has left a gaping hole in our family's unity. His release would allow us to come together and support him as he strives to make things right.
I understand that the legal system operates on the basis of laws and regulations, but I also believe that it should operate with a sense of compassion and mercy. My uncle's release would not only benefit him but also our entire family. It would give him the opportunity to make amends for his actions and would allow us to be a family once again.

Dear honorable judge, I promise to connect to him emotionally and support him after his release as much as possible. I will teach him technology  and society. I understand that he is an information technology student so I will bring him to volunteer at the local senior center and various community centers. I will provide emotional support to him as much as possible so he can benefit the society after his release.

In conclusion, I respectfully request that you consider my uncle's release on the basis of compassion and mercy. I am confident that he will make the most of this opportunity and will work hard to make things right. Thank you for your consideration.

Sincerely,
Zainab Ahmad

Dear Honorable Judge

I am writing to you on the behalf of my uncle Farooqe Ahmed. He has been in prison for the past twelve years and the last time I saw him I was five years old. So many years have gone by since I last saw him and he has missed so much. I was literally in kindergarten when he was sent to prison and now I'm going to be in 11th grade next year. I believe that he is eligible for early release based on his good behavior, his efforts towards rehabilitation, and his health concerns.

My Uncle has been incarcerated for 12 years, and during his time in prison, he has shown exceptional conduct. He has been practicing in many helpful programs to improve himself. He has also shown sincere remorse for his actions and is determined to lead a law-abiding life once he is released. My Uncle has always been a loving family man and just a compassionate person in general. And when his parents had found out the news they were heartbroken. No parent would want to see their child in that position.

Additionally, my uncle's health has deteriorated since he has been in prison, and he requires regular medical attention. His knees have become weaker, he has a sinus infection. And just the whole vibe of staying in prison is not good for your health. Of Course it's like that for everyone, but there's just so much depression in the air. His health is a constant source of worry for our family, and we believe that he would be better off receiving medical care in the outside world.

Another big thing is the impact of my uncle not being home with his family. He was the eldest sibling and a boy which is a very big responsibility in our households. There have been many financial burdens on us, and we have been struggling to make ends meet. His absence has also taken a toll on all of our mental health. We are always worried and praying for him.

In light of the above, I respectfully request that you consider granting my uncle early release. His release would not only allow him to receive the medical attention he requires but would also give him the opportunity to rebuild his life and make amends for his actions.


Sincerely,

Emaan Ahmad

Niece of Farooque Ahmed
150 Farraggut Ave,
Middlesex NJ, 08846

US District Court of Eastern Virginia

Dear Honorable Judge of the US District Court of Eastern Virginia,

My name is Hibah Ahmad. I am a student of An-Noor Academy and attend 4th grade. I am ten years old and live in Middlesex NJ. I am writing this letter to request your kind consideration in releasing my Uncle Farooque Ahmed from the Federal Correctional Institution (FCI) on Mercy and compassion basis. My uncle has been incarcerated for quite some time, and I believe it is time for him to be reunited with his family.

Although I have never met my uncle in person, I have heard many stories about him from my parents and other family members. From what I have been told, my uncle is a kind and caring person who has always put his family first. He always writes me letters, and he tells me about how really wants to meet me,and my cat .He has been imprisoned for approximately 12 years. Unfortunately, he made a mistake, which led to his imprisonment.

As his niece, I miss him dearly and wish to meet him one day. I believe that he has served his sentence and deserves a chance to start anew. His release would bring immense joy to our family and give him the opportunity to make up for his past mistakes.

My family has suffered greatly due to his absence. I feel my grandmother has suffered the most.Sometimes she cries prefusely and when I inquire she tells me sadly that she misses her older son.Similarly, my grandfather and my dad show moments of sadness often.Whenever we have a family gettogether, we always discuss about him and go through old pictures.He has missed many holidays from his family.

I understand that you have a difficult job, and your decisions are based on various factors. However, I urge you to consider my uncle's case with mercy and compassion. I trust that you will make the right decision that will benefit my uncle and his family.

Thank you for taking the time to read my letter
Sincerely,
    Hibah Ahmad 4DH