FILED

MAY 24 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Addressing Judge to take reference
letter to Compassion release

Dear District Judge

I am 47 years old and Father of only son writing you From the CMU (Communication Managment Unit) Terre Haute prison Detention. A.K.A Gitmo North. The Most ristricted prison in America As I have become older with many Grayhair and become more consious about my Current citution. My attitude have become more regeret Full of my action. Which have brought me to this prison life. As you Should know I must tell you my understand of my religion has incread. I have come to understand my action which brought me to the prison were against Islamic treaty. Its Clearly Forbidden to harm a tribe. or nation who allow you to live with them in peacefully. I am guilty of my action. Even though I never ever had any intentions or attitude in my 17 years life, living in America before I got arrested. I was Coheos and doom to mainplated by F.B.I informant. But I do accept my missjudge action which I played along. I also have deep regret to harming my Family because At this point They are olso doing prison time with me specialy my pavent. Since my parent are older with Multit.pal illness and Heart broaken af my citution. It make me more regret Full of my action. As Human being we bound to do mistake, missjudge and Miss understood. I am still human. My only son who is groving up with out his Father, this matter is olso very unsetting with me. I can't express my words. As you Should know when I was sentence My lawyer released Statment behalf of me in the Media about my remorse. I hope you looked my harsh prison detention for almost 10 years like Gitmo Style where no human touch to my pavent or son or Family or any Sort af Family ties or minmum Communication. My mental health and health Medical Condition My older parent with Multipal illness and being required care giving. My rhabilation and my no criminal history Including Zero victums and my education. As Factor to Grant me Compassion Release. IF I never met F.B.I informant I would be working and support my Family. So I can join or re-unit with my Family and re-built my life where I left over.

Sincerly

Farooque Ahmed

#77315-083