

United States of District Court
For the Eastern court of Virginia

RECEIVED
MAILROOM

MAY 2 4 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Case No: 10-CR-413

5-8-23

Greeting Clerk

Please add this letter to my Compassion release
Which is addressing to the Judge refrence of my Compassion release.
Also please advise me update of the status of my Compassion
release. This is my Second letter. I have yet to recieved from
the court any update. Please do send my certified mail due to
the history of mail not deleivery of being in CMD (communcation
management Unit)

Farooque Ahmed
Reg # 77315-083
F.C.I Terre Haute
P.O Box #33
Terre Haute IN
47808