JUN 5 2023

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Farooque Ahmed
REG # 77315-083
F.C.I Terre Haute Camp
P.O Box #33
Terre Haute IN, 47803

United States District Court
For the Eastern District of Virginia

E.D. va No. 10-CR-413

5-25-23

Dear Clerk:

I am writing this letter regarding my Compassion release this is my 3rd letter. Its almost 60 days. I have yet to received any Respond or letter from the court. And I wanted to correct a statment In my letter to the District Judge Address to about my remorse Statment where I said that my Attorny release statment rather they made statment Front of the media. Please do update this info. and provide At you convenince regard update of my Compassion release status. Thank you

regard
FarooQue Ahmed
# 77315-083