United States of District Court
For the Eastern District of virginia

F I L E D

JUL - 3 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

10-cr-413

6-24-23

Dear clerk

I am writing you and let you know below I have New address. Please Do up date my address

Farooque Ahmed
Reg # 77315-083
USP Marion - CMU
P.O Box # 1000
Marion. IL 62959