1:10-CR-413

Dear

Clerk's office
401 Court house square
Alexandria, VA
22134

FILED MAILROOM
JUL 18 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

7-14-24

Dear Clerk

    I am writing this letter to the Court to update My New resident and Change of the address. Please update my new address. And Kindly update the Status of my Compassion.... New address. And send me an update on my Compassin release

Thank you

Sincerly
Farroqune Ahmed
77315-085
F.C-1 Allenwood Med
P.o Box # 2000
white deer, PA